MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Plaintiff*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

TARAS KRYSA, a tenured professor at UNLV,

Plaintiff,

v.

STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; Regents JASON GEDDES, MARK W. DOUBRAVA, PATRICK R. CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONALD SYLVANTEE McMICHAEL SR., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, and RICK TRACHOK, in their official capacity,

Defendants.

CASE NO.: 2:20-cv-00106-JCM-NJK

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT UNLV'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
(ECF No. 9)

(First Request)

Plaintiff Taras Krysa and Defendant the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada ("UNLV"), by and through their undersigned counsel, hereby stipulate and that Plaintiff may have through February 25, 2020 to respond to Defendant's Motion to Dismiss (ECF No. 9). On February 4, 2020, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 9). Plaintiff's response is due February 18, 2020, and Plaintiff plans to file a response. Plaintiff and Defendant hereby agree that Plaintiff's response to the Motion shall be due on February 25,

1

2020. This is the first stipulation for the extension of time to file a response to the Motion and it is not requested for the purpose of delay.

DATED this 11th day of February 2020.

| HEJMANOWSKI & McCREA LLC | UNIVERSITY OF NEVADA, LAS VEGAS |
|---|---|
| By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com | By: /s/ Janet L. Merrill<br>Elda M. Sidhu (SBN 7799)<br>General Counsel<br>Janet L. Merrill (SBN 10736)<br>Assistant General Counsel<br>4505 S. Maryland Parkway, Box 451085<br>Las Vegas, NV 89154<br>Tel 702-895-5185<br>Fax 702-895-5299<br>elda.sidhu@unlv.edu<br>janet.merrill@unlv.edu |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_[signature]_
United States District Judge

Dated: February 14, 2020