ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendant UNLV*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARAS KRYSA, a tenured professor at UNLV,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEVADA, LAS VEGAS, Regents JASON GEDDES, MARK W. DOUBRAVA, PATRICK R. CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONALD SYLVANTEE McMICHAEL SR., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, RICK TRACHOK,<br><br>Defendants. | CASE NO.: 2:20-cv-00106-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT UNLV'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF No. 14)**<br><br>**(First Request)** |

Plaintiff Taras Krysa and Defendant the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada ("UNLV"), by and through their undersigned counsel, hereby stipulate that Defendant UNLV may have through March 10, 2020 to respond to Plaintiff's Opposition/Response to Defendant UNLV's Motion to Dismiss (ECF No. 14).

On February 4, 2020, Defendant UNLV filed a Motion to Dismiss Plaintiffs First Amended Complaint, (ECF No. 9). Plaintiff filed a response on February 25, 2020 (ECF No. 14). Defendant

1

UNLV's Reply is due March 3, 2020, and Defendant UNLV plans to file a Reply. Plaintiff and Defendant UNLV hereby agree that Defendant UNLV's Reply shall be due on March 10, 2020.

This is the first stipulation for the extension of time to file a Reply to the Response and it is not requested for the purpose of delay

DATED: March 2, 2020

/s/ Janet Merrill
ELDA M. SIDHU, ESQ.
General Counsel
JANET L. MERRILL, ESQ.
Assistant General Counsel
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendant UNLV*

DATED: March 2, 2020

/s/ Malani Kotchka
MALANI KOTCHKA, ESQ.
HEJMANOWSKI & MCCREA
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE