# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARAS KRYSA, <br>     Plaintiff(s), <br> v. <br> STATE OF NEVADA, et al., <br>     Defendant(s). | Case No.: 2:20-cv-00106-JCM-NJK <br><br> **Order** <br><br> [Docket Nos. 22, 24] |

Pending before the Court is Defendant UNLV's proposed discovery plan and a joint status report. Docket Nos. 22, 24.

Plaintiff has declined to engage in a Rule 26(f) conference, asserting that discovery should not proceed in light of the pending motion to remand. *See* Docket No. 24 at 2. The pendency of a motion to remand is not generally cause to stay discovery. *E.g. Anoruo v. Valley Health Sys., LLC*, 2018 WL 1785866, at *3 (D. Nev. Apr. 13, 2018).[1] No justification has been provided to chart a different course here. Moreover, the Court generally prefers not to enter a scheduling order when a proper Rule 26(f) conference has not occurred.

---

[1] To the extent reasonable grounds exist to stay discovery in this case, a proper motion must be filed explaining how the governing standards are satisfied. The filing of that motion does not impact the requirements established herein to conduct a Rule 26(f) conference and file a joint proposed discovery plan.

1

Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. The parties must engage in a Rule 26(f) conference by May 1, 2020. The parties must file a joint proposed discovery plan by May 7, 2020.

IT IS SO ORDERED.

Dated: April 28, 2020

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge