MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Plaintiff*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARAS KRYSA, a tenured professor at UNLV,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; Regents JASON GEDDES, MARK W. DOUBRAVA, PATRICK R. CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONALD SYLVANTEE McMICHAEL SR., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, and RICK TRACHOK, in their official capacity,<br><br>Defendants. | CASE NO.: 2:20-cv-00106-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Taras Krysa and Defendant the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada ("UNLV"), by and through their undersigned counsel, hereby stipulate that this action shall be dismissed with

/ / /

/ / /

/ / /

1

prejudice with each party to bear his and its own costs and attorney's fees.

DATED this 7th day of August 2020.

| HEJMANOWSKI & McCREA LLC | UNIVERSITY OF NEVADA, LAS VEGAS |
|---|---|
| By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com | By: /s/ Paul Mata<br>Elda M. Sidhu (SBN 7799)<br>General Counsel<br>Paul Mata (SBN 14922)<br>Assistant General Counsel<br>4505 S. Maryland Parkway, Box 451085<br>Las Vegas, NV 89154<br>Tel 702-895-5185<br>Fax 702-895-5299<br>elda.sidhu@unlv.edu<br>paul.mata@unlv.edu |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: August 14, 2020